

**SHAROVA LAW FIRM**

Telephone 1.718.766.5153
Facsimile 1.718.504.3599
Email cmarino@sharovalaw.com

YELENA SHAROVA, ESQ. *+
SASSY DUMORNAY ESQ. *
CHARLES KASER ESQ. *
NANI KIM ESQ. *
CHARLES MARINO ESQ. *
BRUCE PROVDA ESQ. *
THOMAS J. TYRRELL JR. ESQ. *
*NY +NJ

PARALEGALS:
FRANKLIN DAVIS JR
ALVIN KORSUNSKIY
CELINA QUEVEDO
MABEL SANTANA
GRIGORIY SHUBA
HANNA SKARULIS

November 11, 2022

**VIA ECF/PACER**
Honorable Jennifer Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application GRANTED. Defendant Gustavo Rodriguez shall appear before the undersigned on **December 1, 2022** at 11:00 a.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.
>
> Dated: November 12, 2022
>           New York, New York
>
> SO ORDERED
>
> /s/ Jennifer Rochon
> JENNIFER L. ROCHON
> United States District Judge

Re:   USA v. Gustavo Rodriguez
      Case No.: 1:22-cr-00551-RLR

Dear Judge Rochon,

Counsel for Gustavo Rodriguez respectfully submits this letter to request a short adjournment of the November 14th arraignment and November 15 scheduling conference. My office has just been retained to represent Ms. Rodriguez in the above matter. I am the lead counsel for Ms. Rodriguez. I have a trial scheduled in front of the Honorable Eric Prus in New York Supreme Court Kings County on November 14 & 15th. The only other criminal defense attorney from my office has sentencing scheduled November 14 at 9:30 in front of the Honorable Patrick Arre in Essex Superior Court, 50 W. Market Street, Newark, NJ 07102 and as a result no one from my office is able to appear at 500 Pearl Street. I am available to appear on December 1st, 2022 in the morning if it is convenient for the court.

The Government, through Assistant US Attorney Benjamin Gianforti, has no objections to this request.

Thank you for your time and attention in this matter.

Respectfully Submitted,

/s/ Charles Kaser
Attorney for the Defendant