UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>GUSTAVO RODRIGUEZ<br>                Defendant. | 22-cr-00551 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

       This court having previously scheduled an initial appearance for December 1, 2022, it is hereby ORDERED that Gustavo Rodriguez shall appear, instead, before the Duty Magistrate for presentment and arraignment on that date in **Courtroom 5A at 500 Pearl Street, New York, New York, 10007 at a time to be determined by the Judge**. Prior to his appearance in Magistrate Court, Mr. Rodriguez shall report to Pretrial Services at 9:00 a.m. to be interviewed. The undersigned will hold a pretrial conference on February 7, 2023, at 3:00 p.m. in Courtroom 20B.

Dated: November 29, 2022
       New York, New York

                                              SO ORDERED.

                                              JENNIFER L. ROCHON
                                              United States District Judge