

YELENA SHAROVA, ESQ. *+
SASSY DUMORNAY ESQ. *+
NANI KIM ESQ. *
DOMINIQUE MYERS ESQ. *
KELLI OGBUZUO ESQ. *
T. ALEXANDER STAUCH ESQ. *
THOMAS J. TYRRELL JR. ESQ. *
*NY +NJ

Telephone  1.718.766.5153
Facsimile   1.718.504.3599
Email       cquevedo@sharovalaw.com

PARALEGALS:
FRANKLIN DAVIS JR
ALVIN KORSUNSKIY
CELINA QUEVEDO
MABEL SANTANA
GRIGORIY SHUBA

VIA EFC FILING
Hon. Jennifer L. Rochon
United State District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Given that Defendant Gustavo Rodriguez is now represented by Attorney Edward Vincent Sapone, it is HEREBY ORDERED that attorneys Charles Watt Kaser and Yelena Sharova are relieved as counsel of record. The Clerk of Court is respectfully directed to terminate their appearances on the docket.
>
> Dated: October 19, 2023
> New York, New York
>
> SO ORDERED.
>
> /s/ Jennifer Rochon
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re:   USA v. CARMONA, et al
      22-cr-00551s

Dear Hon. Rochon:

In accordance with your Individual Rules of Practice in Criminal Case 3(C)- Substitution of Counsel and pursuant to Local Civil Rule 1.4 and Local Criminal Rule 1.2, we respectfully request to scheduled a conference (if the Court so requires) in order to be relieved of counsel because we were notified by attorney Edward Sapone that he was retained by Mr. Gustavo to represent him in the above-referenced matter and Mr. Sapone filed a notice of Appearance with the Court.

For the following reasons the undersigned requests a conference if the court requires to be relieved as counsel and for Attorney Sapone to be substituted as lead counsel for Mr. Gustavo.

Respectfully Submitted,

Yelena Sharova


By: /s/ *Yelena Sharova*

CC: all parties via ECF

9003 5th Avenue, Brooklyn, New York 11209