UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>GUSTAVO RODRIGUEZ,<br>       Defendant. | 22-cr-00551-JLR<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  It is hereby ORDERED, that the defendant is remanded to the custody of the United States Marshal.

Dated: March 14, 2024
    New York, New York

                 SO ORDERED.

                 *Jennifer Rochon*
                 JENNIFER L. ROCHON
                 United States District Judge