UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>      - v. -<br><br>GUSTAVO RODRIGUEZ<br><br>               Defendant. | 22-cr-00551 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On May 13, 2024, this Court received correspondence from Defendant Gustavo Rodriguez

regarding his inability to reach his counsel, Edward Sapone, and therefore requesting new counsel

(*See* ECF No. 214).

IT IS HEREBY ORDRED that Mr. Sapone contact his client and follow-up with this

Court with proposed next steps no later than **May 20, 2024**.

The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Rodriguez at

the address listed below.

Dated:  May 13, 2024
       New York, New York

                            SO ORDERED.

                            _Jennifer Rochon_____
                            JENNIFER L. ROCHON
                            United States District Judge

Copies to:

Counsel (via ECF)

Gustavo Rodriguez
Register Number: 30692-510
MDC Brooklyn
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232